# UNITED STATES DISTRICT COURT
for the

Western District of New York State

_____ Division

Tamjid Mahmud Hossain

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

michael.C. Cimasy  Deborah.A. Haendiges
City of Lackawanna Police
John Garcia

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 25 CV 460-V
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes  [ ] No

*UNITED STATES DISTRICT COURT FILED MAY 27 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tamjid Mahmud Hossain
   Street Address: 2807 Southpark Ave
   City and County: Lackwanna  Erie
   State and Zip Code: New York  14218
   Telephone Number: 716-275-5494
   E-mail Address: tamjidhossain@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (*if known*). Attach additional pages if needed.

Lackawanna City Police Government agency, michael Cimasy individual working for an agency assigned Counsel of western N.Y. Deborah.A. Haendiges individual working for Government agency Erie County Court.

Defendant No. 1
- Name: Micheal. C. Cimasy
- Job or Title (if known): Assiged Counsel
- Street Address: 66 Park Cirek
- City and County: Amherst, Erie
- State and Zip Code: New York 14226
- Telephone Number: 716-267-6730 - 560-1171
- E-mail Address (if known): Do not Know

Defendant No. 2
- Name: Deborah. A. Haendiges
- Job or Title (if known): Erie County Judge
- Street Address: 25 Delaware Avenue, United States
- City and County: Buffalo, United States, Erie County
- State and Zip Code: New York 14202
- Telephone Number: 716-845-9300
- E-mail Address (if known): Do not Know

Defendant No. 3
- Name: City of Lackawanna Police
- Job or Title (if known): Police Officers
- Street Address: 714 Ridge Rd.
- City and County: Lackawanna, Erie County
- State and Zip Code: New York 14218
- Telephone Number: 716-822-4900
- E-mail Address (if known): Do not Know

Defendant No. 4
- Name: John Garcia
- Job or Title (if known): Erie County Sheriff
- Street Address: 120 W. Eagle Street
- City and County: Buffalo, Erie
- State and Zip Code: New York 14202
- Telephone Number: 716-858-1757
- E-mail Address (if known): Do not Know

b.  If the defendant is a corporation

The defendant, (name) __N/A_____, is incorporated under

the laws of the State of (name) _____, and has its

principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
50 million Dollars time lost from work, Sham of being in Jail Im a store owner, and I own houses in Buffalo.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Sixth amedment was violated by Erie County Court and Judge Haendiges I was wrongfully locked for then 6 months without any court date I spent more then a year in Jail with no do prosses. City of Lackawanna Police, Called me a Sand Nigger and Kept calling me and refering to me a you people or muslum scume Both my family and myself, Erie Count Jail would not allow me to pray or use my religional Itums for worship as required by my religion. (Please see additional page)

## IV. Relief (Please See addition page)

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am Seeking 50 million in dameges, Time lost with family, Time lost from work, Mental damage from being lock up and called Sand nigger, Camul Jockie Teroist (I am Indian) medical stress to my body from the mental stress, and not getting proper medical care while in Jail. Deborah A. Haendiges in Court calling me names like you people, The Assigned Cansel telling Just be quite and do as you are told. Lackawanna police scaering people coming into my store in Lackawanna, John Garcia Head of the Sheriff's not having over site into the people working

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Sixth Amendment of the United States Constitution Freedom of Religion, Racial discrimination, Hate Crime, and First Amendment violation, wrongful incarceration Miranda rights violation, Professional misconduct by a Officer of a Cour

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Tamjid Mahmud Hossain

(Number 1. Additional Page)

On page 3, II. Basis for Jurisdiction

under what basis for Federal Court jurisdiction I marked both boxes, because I was not sure which one apply in my case, I was born in India but married gotten my green card and became a citizen of the United States of America before I married, but I believe from my understanding of the laws and rights of any citizen I am now Protected Civil rights under the Constitution

On page 4, IV. Relief

John Garcia, The Sheriff of Erie County, The head of all things having to do with the Sheriff's of Erie County, and the rules and runnings of such, including the Erie County Holding Center and the Erie County Correctional Facility, None of which would allow me to do the things that is required by my (religion.) I wrote many grievance, having to do with my rights of religion and they did not respond or made Jest of it.

Deborah A. Haendige made statements in Court "You People" "All men should be punished." Both statements Show She is, Racist and Sexist and Her Discrimination.

To The Court Clerk:

Please tell me if did any of the paper work wrong so I may correct it. Also Please let me know the next Steps, what I need to do next?

Thank you.

Also, Seeking relief for, Professional Misconduct from my Assigned Counsel (Micheal. C. Cimasy)

(ON BACK) →

Micheal. C. C.(masy), Did not tell me of my Civil rights no matter how many times I asked him, nor did inform me of how the Court worked, and would never return calls or talk to me about my Case and also has made racist coments. improper Counsel.

I was never Read my Miranda rights or told of them by Lackawanna Police when they took me into Custody. Calling me racist names (Sand Nigger) and said Miranda only applys to U.S. Citizens. (I am U.S. Citizen) and I became one the right way!!

Thank you for looking in to my request for Relief from these injustices.

The dates of the acts agnst me. My arrest by Lackawanna Police 12-4-2023 Court 12-14-25 and illegale incarceration began on 12-4-2023 until 2-13-2025

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: Tamjin Mahmud Hossain

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____